UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| 148 HIGH STREET, LLC, | : | Docket No. 1:23-cv-12008-WGY |
| Plaintiff, | : | |
| -vs.- | : | |
| WESCO INSURANCE COMPANY, | : | |
| Defendant. | : | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE THAT the defendant, Wesco Insurance Company, appeals to the United States Court of Appeals for the First Circuit from the Court's *Findings of Fact, Rulings of Law, and Order for Judgment* (ECF No. 48) dated June 5, 2025, and the separate judgment of the Court of the same date (ECF No. 49) that was entered thereon.

Respectfully submitted,

**WESCO INSURANCE COMPANY**

By its attorneys,

MCANGUS GOUDELOCK & COURIE LLC

By: */s/ Alexander G. Henlin*
Alexander G. Henlin (BBO # 660474)
53 State Street – Suite 1305
Boston, Massachusetts 02109
(617) 830-7424 telephone
(617) 977-5921 facsimile
alexander.henlin@mgclaw.com

Dated: July 2, 2025

## **CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that, on this 2nd day of July 2025, he caused a true and correct copy of the foregoing to be served upon all counsel of record via CM/ECF.

                                                 */s/ Alexander G. Henlin*
                                                 Alexander G. Henlin